E-filed on: 3/13/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADEO CABALLERO,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING; FIDELITY NATIONAL TITLE CO.,<br><br>    Defendants. | No. C-09-01021 RMW<br><br>ORDER DENYING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>**[Re Docket Nos. 2, 8]** |

Amadeo Caballero applies *ex parte* for a temporary restraining order to enjoin foreclosure proceedings initiated by the defendants. For the reasons stated below, the court denies the application.

The docket does not indicate that Caballero's complaint or applications for a temporary restraining order have been served on either defendant. Caballero suggests that he "gave notice of these proceedings and this request for a temporary restraining Order as evidenced by the certificate of service which accompanies this request." No such certificate accompanies Caballero's application though.

Nor does the complaint or application for a temporary restraining order explain why notice should not be given to the defendants. At most, Caballero suggests – contradicting the prior

ORDER DENYING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER — No. C-09-01021 RMW
TSF

1  assertion that service was made – that "[i]f the defendants [were] given more advance notice of these
2  proceedings they would in all likelihood seek to accelerate the damage Plaintiff seeks to halt."
3  There is no basis in the record to believe this to be true. Absent some basis for proceeding without
4  notice to the defendants, Caballero must provide notice of these proceedings to the defendants. Civil
5  L.R. 7-10.

6  From the allegations in the complaint and statements in the applications, it appears that
7  Caballero has defaulted on his mortgage. Caballero believes that some irregularities in the
8  transaction give him a right to rescind the mortgage, that he has sent a notice of rescission to the
9  defendants, and that the defendants have ignored his notice of rescission. Caballero has not,
10 however, documented what violations occurred that would give him the right to rescind the
11 mortgage. Caballero's argument to the contrary, he has not proven *any* likelihood of success on the
12 merits. Accordingly, the court must deny the application for a temporary restraining order without
13 prejudice.

DATED:    3/13/2009

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Plaintiff:**

Amadeo Caballero
c/o 583 Groth Drive
San Jose, CA 95111

**Dated:**   3/13/2009                                      TSF
                                                                       **Chambers of Judge Whyte**

United States District Court
For the Northern District of California