E-filed on: 8/18/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADEO CABALLERO,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING; FIDELITY NATIONAL TITLE CO.,<br><br>    Defendants. | No. C-09-01021 RMW<br><br>ORDER DENYING EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>**[Re Docket No. 30]** |

Plaintiff's Emergency Application for Temporary Restraining Order (Docket No. 30) is DENIED. Although defendants have not filed any response to the motion, plaintiff has failed to demonstrate either a combination of probable success on the merits and the possibility of irreparable injury, or the existence of serious questions going to the merits and that the balance of hardships tips sharply in his favor. *F.D.I.C. v. Garner*, 125 F.3d 1272, 1276-77 (9th Cir. 1997). Thus, the motion for a temporary restraining order is denied.

DATED:     8/18/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER — No. C-09-01021 RMW
TER

**Notice of this document has been sent electronically to:**

**Counsel for Defendant Ocwen Loan Servicing**

Patrick Lee
Email: pblair@houser-law.com

Christopher James Donewald
Email: cdonewald@houser-law.com

**Counsel for Defendant Fidelity National Title Company**

Jeffrey Steven Nelson
Email: jeffrey.nelson@fnf.com

Kathleen Joan Moorhead
Email: kamoorhead@fnf.com

**A copy of this document has been mailed to:**

**Plaintiff:**
Amadeo Caballero
c/o 583 Groth Drive
San Jose, CA 95111

**Dated:**  8/18/09          TER
                          **Chambers of Judge Whyte**

ORDER DENYING EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER — No. C-09-01021 RMW TER
2