**E-filed on:** **8/21/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADEO CABALLERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING; FIDELITY NATIONAL TITLE CO.,<br><br>　　　　Defendants. | No. C-09-01021 RMW<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND<br><br>**[Re Docket No. 13]** |

　　Defendant Ocwen Loan Servicing LLC's motion to dismiss came on for hearing before the court on August 21, 2009. Defendant Fidelity National Title Company filed a joinder in the motion. Plaintiff Amadeo Caballero, pro per, opposes the motion. Having considered the papers submitted by the parties and the arguments at hearing on the motion, for good cause appearing, the motion is granted without leave to amend. The complaint, as amended, fails to state any claim upon which relief may be granted. Plaintiff has had an opportunity to amend the complaint and has been unsuccessful in doing so. Further amendment appears to be futile, and it is appropriate to dismiss the complaint without leave to amend. The court does not express any opinion regarding whether or not plaintiff's apparent recent bankruptcy filing stayed the foreclosure proceedings.

DATED:　　8/21/09　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

**Notice of this document has been sent electronically to:**

**Counsel for Defendant Ocwen Loan Servicing**

| | |
|---|---|
| Patrick Lee | pblair@houser-law.com |
| Christopher James Donewald | cdonewald@houser-law.com |

**Counsel for Defendant Fidelity National Title Company**

| | |
|---|---|
| Jeffrey Steven Nelson | jeffrey.nelson@fnf.com |
| Kathleen Joan Moorhead | kamoorhead@fnf.com |

**A copy of this document has been mailed to:**

**Plaintiff:**
Amadeo Caballero
c/o 583 Groth Drive
San Jose, CA 95111

**Dated:**   8/21/09                                   TER
                                                               **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO DISMISS — No. C-09-01021 RMW
TER
2