**United States District Court**
For the Northern District of California

E-filed on:     8/21/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADEO CABALLERO,<br><br>          Plaintiff,<br><br>     v.<br><br>OCWEN LOAN SERVICING; FIDELITY NATIONAL TITLE CO.,<br><br>          Defendants. | No. C-09-01021 RMW<br><br>JUDGMENT |

On August 21, 2009, the court dismissed this action without leave to amend.  THEREFORE,

IT IS HEREBY ADJUDGED that plaintiff take nothing by way of his complaint and that

judgment be entered in favor of defendants.

DATED:     8/21/09

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO DISMISS — No. C-09-01021 RMW
TER

**United States District Court**
For the Northern District of California

1  **Notice of this document has been sent electronically to:**

2

3  **Counsel for Defendant Ocwen Loan Servicing**

   Patrick Lee                    pblair@houser-law.com

4  Christopher James Donewald      cdonewald@houser-law.com

5

6  **Counsel for Defendant Fidelity National Title Company**

7  Jeffrey Steven Nelson           jeffrey.nelson@fnf.com

8  Kathleen Joan Moorhead          kamoorhead@fnf.com

9

10

11  **A copy of this document has been mailed to:**

12  **Plaintiff:**

    Amadeo Caballero
13  c/o 583 Groth Drive

14  San Jose, CA 95111

15

16

17  **Dated:**    8/21/09                          TER
                                            **Chambers of Judge Whyte**
18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO DISMISS — No. C-09-01021 RMW
TER                                    2